**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

Oklahoma City, OK

Dated: April 29, 2026

| | | |
|---|---|---|
| TORNIKE DAUSHVILI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-100-D |
| | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ENTER ORDER:

On April 8, 2026, the Court granted in-part Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and ordered Respondents to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a) or release him. [Doc. No. 21]. On April 27, 2026, Petitioner filed a motion to withdraw Diana Rubin as his counsel and request to proceed *pro se* [Doc. No. 25], and filed an emergency motion to enforce the Court's April 8, 2026 Order [Doc. No. 23]. Petitioner alleges that Respondents have not complied with the Court's Order, as he has not received a bond hearing. Respondents are ordered to file a status report certifying their compliance with the Court's April 8, 2026 Order, or show cause why they have failed to comply with the Order on or before May 1, 2026.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

*Joan Kane, Clerk*

**By:** */s/ Jane Eagleston*
**Deputy Clerk**

*Copies to all parties of record*